# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. _____ |
| SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS IN THE CASES LISTED IN ATTACHMENT A | CHIEF MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS<br><br>**UNDER SEAL** |

## MOTION TO UNSEAL CASE

Now comes the United States of America, by and through Douglas W. Squires, Assistant United States Attorney for the Southern District of Ohio, Eastern Division, and respectfully requests that the cases listed in Attachment A be unsealed.

Dated: January 14, 2021

                                                Respectfully submitted,

                                                DAVID M. DeVILLERS
                                                United States Attorney

                                                s/ Douglas W. Squires
                                                DOUGLAS W. SQUIRES (0073524)
                                                Assistant United States Attorney
                                                303 Marconi Boulevard, Suite 200
                                                Columbus, Ohio 43215
                                                Office: (614) 469-5715
                                                Fax: (614) 469-5653
                                                E-mail: Douglas.Squires@usdoj.gov

# ATTACHMENT A

2:19-mj-314
2:19-mj-315
2:19-mj-370
2:19-mj-395
2:19-mj-413
2:19-mj-503
2:19-mj-504
2:19-mj-505
2:19-mj-506
2:19-mj-507
2:19-mj-508
2:19-mj-509
2:19-mj-538
2:19-mj-544
2:19-mj-545